# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| KEITH MAYDAK, | : No. 536 WAL 2014 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| | : |
| CITY OF GREENSBURG, RONALD E. SILVIS, RANDY FINFROCK, ROBERT DEPASQUALE, KATHLEEN MCCORMICK, WILLIAM EGER, BERNARD MCARDLE, AND LESLIE F. HARVEY, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 4th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.